# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61403-CIV-COHN-SELTZER

MOSHE ASHKENAZI, M.D.,

Plaintiff,

v.

SOUTH BROWARD HOSPITAL
DISTRICT d/b/a MEMORIAL
HEALTHCARE SYTEM,

Defendant.



RECEIVED
JAN 2 5 2012
BY:

## DEFENDANT'S DISCLOSURE OF OPINION WITNESSES, OR ALTERNATIVELY, DISCLOSURE OF EXPERT WITNESSES

Defendant, South Broward Hospital District d/b/a Memorial Healthcare System ("SBHD"), by and through its undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order hereby submits its Disclosures of Opinion Witnesses, or Alternatively, Disclosure of Witnesses. Defendant submits that the following witnesses are lay witnesses within the meaning of Federal Rule of Evidence 701, and hence, are not identifiable as experts insofar as the testimony to be rendered: (1) concerns facts and circumstances rationally based on the witnesses' perceptions; (2) helpful to clearly understanding the witness's testimony; and (3) not based on scientific, technical, or other specialized knowledge within the scope of Rule 702. To the extent that the Court determines that such witnesses are expert witnesses (who do not produce a written report) under Federal Rule of Civil Procedure 26(a)(2)(C), Defendant discloses the following witnesses under Rule 26(a)(2)(C) (in an abundance of caution).

A.  **Subject Matter On Which The Witnesses Will Present Evidence**. Each of the disclosed witnesses who have practiced in and/or been involved in the administration of the South Broward Hospital District ("SBHD") are expected to testify, based on files,

1

reports, and information actually reviewed or analyzed by the witness or reported to the witness by others, directly or indirectly, who had actually reviewed such information: review and/or analysis of Plaintiff's clinical performance and standard of care, including documentation and recording patient files; compliance with medical education and training requirements and directives; judgment in patient selection; and surgical skills and performance of clinical care in general, thoracic, and vascular surgeries.

**B.      Summary of Facts and Opinions to which the witness is expected to Testify.**

1.      Stanley Marks, M.D.

Dr. Marks is the Chief Medical Officer of SBHD. He is expected to testify that from early 2008 to the present, the Memorial Healthcare System Adult Credentials Committee has approved, in every instance, re-appointment of Dr. Ashkenazi to the Medical Staff for periods on less than one (1) year and the Medical Executive Committees of the various hospitals similarly approved such re-appointments for their respective hospitals. Dr. Marks is further expected to testify that the re-appointment periods have resulted from: (a) concerns reflected in internal peer reviews conducted during the period from 2008 to the present; (b) concerns expressed by medical staff members concerning Dr. Ashkenazi's clinical performance and standard of care, including documentation and recording patient files; compliance with medical education and training requirements and directives; judgment in patient selection; and surgical skills and performance of clinical care in general, thoracic, and vascular surgeries; (c) focused peer reviews; and (d) outside peer review conducted by the Surgical Advisory Group. Dr. Marks' testimony is also expected to include concern expressed within the medical staff concerning Dr. Ashkenazi's failures to comply with requirements imposed by the Credentials Committee for attendance at

2

educational conference.

2. Thomas Macaluso, M.D.

Dr. Macaluso is the Director of Medical Affairs of SBHD, Memorial Regional Hospital. He is expected to testify that from May 2009 to the present, the Memorial Healthcare System Adult Credentials Committee has approved re-appointment of Dr. Ashkenazi to the Medical Staff for periods on less than one (1) year and that the Medical Executive Committee of Memorial Regional Hospital has similarly approved such re-appointments. Dr. Macaluso is further expected to testify that the re-appointment periods have resulted from: (a) concerns reflected in internal peer reviews conducted during the period from 2009 to the present; (b) concerns expressed by medical staff members concerning Dr. Ashkenazi's clinical performance and standard of care, including documentation and recording patient files; compliance with medical education and training requirements and directives; judgment in patient selection; and surgical skills and performance of clinical care in general, thoracic, and vascular surgeries; (c) and focused peer reviews. Dr. Macaluso is also expected to testify concerning reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the April 12, 2010 and May 18, 2010 meetings with Plaintiff and Dr. Marks to discuss outside peer review.

3. Dr. Phillip Glogover

Dr. Phillip Glogover is a physician on the medical staff of SBHD and former Chief of Anesthesiology. Dr. Glogover is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the October 6, 2008 meeting between Dr. Marks, Dr. Glogover, Dr. David Feldbaum, Dr. Jeffrey Hertz, and Dr. Arthur Palamara regarding Dr. Ashkenazi's clinical performance and standard of care, including reasons for anesthesia requesting, at times,

3

second opinions and regarding ongoing monitoring of Dr. Ashkenazi.

4. Dr. David Feldbaum

Dr. David Feldbaum is a physician on the medical staff of SBHD and former Chief of the Department of Vascular Services. Dr. Feldbaum is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to: (a) the October 6, 2008 meeting between Dr. Marks, Dr. Glogover, Dr. Feldbaum, Dr. Jeffrey Hertz, and Dr. Arthur Palamara during which the participants discussed Dr. Ashkenazi's clinical performance and standard of care, including reasons for concerns about Dr. Ashkenazi's performance of vascular surgeries; and (b) the September 2010 meeting with Dr. Marks, Dr. Mark Block, Dr. Palamara, Dr. Rodrigo Fonseca, Dr. Hertz, and Dr. Horacio Schlaen during which the participants discussed Dr. Ashkenazi's performance of a case involving a re-vascularization of a patient involving a femoral distal bypass that was commenced without an angiogram.

5. Dr. Jeffrey Hertz

Dr. Jeffrey Hertz is a physician on the medical staff of SBHD and Chief of Vascular Services. Dr. Hertz is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to: (a) the October 6, 2008 meeting between Dr. Marks, Dr. Glogover, Dr. Feldbaum, Dr. Hertz, and Dr. Arthur Palamara during which the participants discussed Dr. Ashkenazi's clinical performance and standard of care, including reasons for concerns about Dr. Ashkenazi's performance of vascular surgeries; (b) the September 2010 meeting with Dr. Marks, Dr. Mark Block, Dr. Palamara, Dr. Rodrigo Fonseca, Dr. Hertz, and Dr. Horacio Schlaen during which the participants discussed Dr. Ashkenazi's performance of a case involving a re-vascularization of a patient involving a femoral distal bypass that was commenced without an angiogram; and (c) the March 2011 Focused Peer Review, files analyzed and recommendations provided.

6.   Dr. Arthur Palamara

Dr. Arthur Palamara is a physician on the medical staff of SBHD and former Chief of the Department of Vascular Services. Dr. Palamara is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to: (a) the October 6, 2008 meeting between Dr. Marks, Dr. Glogover, Dr. Feldbaum, Dr. Hertz, and Dr. Arthur Palamara during which the participants discussed Dr. Ashkenazi's clinical performance and standard of care, including reasons for concerns about Dr. Ashkenazi's performance of vascular surgeries; and (b) the March 2011 Focused Peer Review, files analyzed and recommendations provided.

7.   Dr. Larry Shulruff

Dr. Larry Shulruff is a physician on the medical staff of SBHD and Chief of Staff. Dr. Shulruff is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the April 12, 2010 and May 18, 2010 meetings with Dr. Ashkenazi and Dr. Marks, Dr. Macaluso Dr. Shulruff, and Dr. Eddy Carrillo (April meeting) to discuss outside peer review.

8.   Dr. Eddy Carrillo

Dr. Eddy Carrillo is a physician on the medical staff of SBHD and Chief of Surgery. Dr. Carrillo is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to: (a) the April 12, 2010 meeting with Dr. Ashkenazi and Dr. Marks, Dr. Macaluso, Dr. Carrillo and Dr. Shulruff to discuss outside peer review and (b) the March 2011 Focused Peer Review, files analyzed and recommendations provided.

9.   Dr. Mark Block

Dr. Mark Block is a physician on the medical staff of SBHD and Chief of Thoracic Surgery. Dr. Block is expected to testify to reasons for steps taken by

SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to: (a) the September 2010 meeting with Dr. Marks, Dr. Block, Dr. Palamara, Dr. Rodrigo Fonseca, Dr. Hertz, and Dr. Horacio Schlaen during which the participants discussed Dr. Ashkenazi's performance of a case involving a re-vascularization of a patient involving a femoral distal bypass that was commenced without an angiogram; and (b) the March 2011 Focused Peer Review, files analyzed and recommendations provided.

10.   Dr. Rodrigo Fonseca

Dr. Rodrigo Fonseca is a physician on the medical staff of SBHD and a practicing vascular surgeon. Dr. Fonseca is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the September 2010 meeting with Dr. Marks, Dr. Block, Dr. Palamara, Dr. Fonseca, Dr. Hertz, and Dr. Horacio Schlaen during which the participants discussed Dr. Ashkenazi's performance of a case involving a re-vascularization of a patient involving a femoral distal bypass that was commenced without an angiogram.

11.   Dr. Horacio Schlaen

Dr. Horacio Schlaen is a physician on the medical staff of SBHD and a practicing vascular surgeon. Dr. Schlaen is expected to testify to reasons for steps taken by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the September 2010 meeting with Dr. Marks, Dr. Block, Dr. Palamara, Dr. Fonseca, Dr. Hertz, and Dr. Schlaen during which the participants discussed Dr. Ashkenazi's performance of a case involving a re-vascularization of a patient involving a femoral distal bypass that was commenced without an angiogram.

12.   Dr. Joseph Loskove

Dr. Joseph Loskove is a physician on the medical staff of SBHD and Chief of Anesthesiology. Dr. Loskove is expected to testify to reasons for steps taken

by SBHD to ensure Plaintiff met the standard of care in treatment of his patients, including with regard to the March 2011 Focused Peer Review, files analyzed and recommendations provided.

13. Dr. Howard Berlin

Dr. Howard Berlin is a physician on the medical staff of SBHD and a practicing cardiologist. Dr. Berlin is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

14. Dr. Steven Steinlauf

Dr. Steven Steinlauf is a physician on the medical staff of SBHD and Chief of Staff. Dr. Steinlauf is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

15. Dr. Robert Price

Dr. Robert Price is a physician on the medical staff of SBHD and Director of Medical Affairs, Memorial Hospital Pembroke. Dr. Price is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

16. Dr. Jean Montoya-Miles

Dr. Miles is a physician on the medical staff of SBHD and Vice Chief of Anesthesiology. Dr. Miles is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

17. Siobhan Duncan

Ms. Duncan is a nurse on the medical staff of SBHD. Ms. Duncan is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

18. Pat Collins

Ms. Collins is a nurse on the medical staff of SBHD. Ms. Collins is expected to testify to Dr. Ashkenazi's standard of care in treatment of his patients and reasons for steps taken by SBHD to ensure Dr. Ashkenazi.

19. Bruce Smith, M.D.

Dr. Smith is a physician and works with Surgical Advisory Group, an entity contracted by SBHD to provide outside consultancy concerning the cardiac and vascular services and contracted by SBHD to provide outside peer review on Dr. Ashkenazi. Dr. Smith is expected to testify concerning the medical files and data reviewed in conducting the outside peer review regarding Dr. Ashkenazi as well as the opinions rendered concerning Dr. Ashkenazi's standard of care, as discussed in the Surgical Advisory Group report produced at MHS 2513-2522. Dr. Smith is also expected to testify concerning the investigation and analysis conducted and the opinions rendered as to the patient care and business strategy concerning vascular services at SBHD, as discussed in the Surgical Advisory Group report produced at MHS 2813-2837.

20. John Kirkpatrick, M.D.

Dr. Kirkpatrick is a physician and works with Surgical Advisory Group, an entity contracted by SBHD to provide outside consultancy concerning the cardiac and vascular services and contracted by SBHD to provide outside peer review on Dr. Ashkenazi. Dr. Kirkpatrick is expected to testify concerning the medical files and data reviewed in conducting the outside peer review regarding Dr. Ashkenazi as well as the opinions rendered concerning Dr. Ashkenazi's standard of care, as discussed in the Surgical Advisory Group report produced at MHS 2513-2522. Dr. Smith is also expected to testify concerning the investigation and analysis conducted and the

opinions rendered as to the patient care and business strategy concerning vascular services at SBHD, as discussed in the Surgical Advisory Group report produced at MHS 2813-2837.

21. Sean O'Donnell, M.D.

Dr. O'Donnell Smith is a physician and worked with Surgical Advisory Group, an entity contracted by SBHD to provide outside consultancy concerning the cardiac and vascular services and contracted by SBHD to provide outside peer review on Dr. Ashkenazi. Dr. O'Donnell is expected to testify concerning the investigation and analysis conducted and the opinions rendered as to the patient care and business strategy concerning vascular services at SBHD, as discussed in the Surgical Advisory Group report produced at MHS 2838-43.

22. Nelson L. Bernardo, M.D.

Dr. Bernardo is a physician and works with Surgical Advisory Group, an entity contracted by SBHD to provide outside consultancy concerning the cardiac and vascular services and contracted by SBHD to provide outside peer review on Dr. Ashkenazi. Dr. Bernardo is expected to testify concerning the investigation and analysis conducted and the opinions rendered as to the patient care and business strategy concerning vascular services at SBHD, as discussed in the Surgical Advisory Group report produced at MHS 2844-48.

23. Chris Vinh

Mr. Vinh worked with Surgical Advisory Group, an entity contracted by SBHD to provide outside consultancy concerning the cardiac and vascular services and contracted by SBHD to provide outside peer review on Dr. Ashkenazi. Mr. Vinh is expected to testify concerning the investigation and analysis conducted and the opinions rendered as to the patient care and business strategy concerning vascular

services at SBHD, as discussed in the Surgical Advisory Group report produced at MHS 2849-2851.

Dated: January 23, 2012

Respectfully submitted,

By: s/Jenna Rinehart Rassif
Jenna Rinehart Rassif, Esq.(FBN. 56855)
E-mail: *jenna.rassif@jacksonlewis.com*
Kelly D. Gemelli, Esq.
Admitted *Pro Hac Vice*
Email: *kelly.gemelli@jacksonlewis.com*
JACKSON LEWIS LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida  33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Attorneys for Defendant,
SOUTH BROWARD HOSPITAL
DISTRICT d/b/a Memorial Healthcare System

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic and regular U.S. Mail on January 23, 2012, on all counsel or parties of record on the Service List below. Service my U.S. Mail will be effected the following business day upon availability of that service.

s/Jenna Rinehart Rassif
Attorney

## SERVICE LIST

MOSHE ASHKENAZI, M.D. v. SOUTH BROWARD HOSPITAL DISTRICT d/b/a
MEMORIAL HEALTHCARE SYSTEM
CASE NO.: 11-61403-CIV-COHN-SELTZER

**Counsel for Plaintiff, Moshe Ashkenazi, M.D.**
(service by electronic and U.S. Mail)

Karen Coolman Amlong, Esq.
Email: *kamlong@theamlongfirm.com*
Eric Farmelant, Esq.
Email: *efarmelant@theamlongfirm.com*
The Amlong Firm
500 N.E. 4th St.
Ft. Lauderdale, FL 33301
Telephone: 954-462-1983
Facsimile: 954-523-3192

4833-6605-6206, v. 1